| ISP | Timestamp | IP | Title |
|---|---|---|---|
| Comcast Cable | 4/2/2011 21:11 | 68.48.8.234 | Real Female Orgasms 10 |
| Comcast Cable | 4/21/2011 21:25 | 68.48.8.234 | Real Female Orgasms 10 |
| Comcast Cable | 7/24/2011 23:35 | 68.48.8.234 | Working Girls |
| Comcast Cable | 7/28/2011 0:48 | 68.48.8.234 | Working Girls |
| Comcast Cable | 8/5/2011 1:14 | 68.48.8.234 | Working Girls |
| Comcast Cable | 8/15/2011 8:10 | 68.48.8.234 | Working Girls |
| Comcast Cable | 11/30/2011 16:31 | 68.48.8.234 | Farm Girls Gone Bad |
| Comcast Cable | 11/30/2011 19:26 | 68.48.8.234 | The Bombshells 2 |
| Comcast Cable | 12/1/2011 19:09 | 68.48.8.234 | Farm Girls Gone Bad |
| Comcast Cable | 12/2/2011 19:25 | 68.48.8.234 | Farm Girls Gone Bad |
| Comcast Cable | 12/3/2011 19:25 | 68.48.8.234 | Farm Girls Gone Bad |
| Comcast Cable | 12/4/2011 3:10 | 68.48.8.234 | The Bombshells 2 |
| Comcast Cable | 1/11/2012 20:14 | 68.48.8.234 | Meet The Fuckers 5 |