<strong>UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA</strong>

| | |
|---|---|
| DISCOUNT VIDEO CENTER, INC.<br>9144 Deering Avenue<br>Chatsworth, CA 91311<br><br>   Plaintiff,<br><br> v.<br><br>DOES 1 – 80<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 11-CV-01977-RWR<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER FOR DISCOVERY**

Having considered Plaintiff's Motion for an Order on Discovery, it is:

**ORDERED** that Comcast shall disclose to Plaintiff the following information about its customer John Doe 45, including:

- Subscriber's address.
- Length of service including start date.
- Subscriber's instrument number or other subscriber number or identity, including a temporarily assigned network address.
- Any other IP addresses associated with John Doe 45.
- Any MAC address on record.
- Records of DMCA Notices that were sent to John Doe 45.
- Records of any kind of warning letters/emails/other communications about copyright infringement sent to John Doe 45.
- Records about notice letter sent to John Doe 45 about the present lawsuit, including date sent, how the letter was sent (such as mail or UPS), and any information showing when John Doe 45 received the letter.
- What type of device was installed by Comcast at the residence including the device model number, serial number and manufacturer?
- Did the device installed by Comcast include Wireless (WiFi) Capabilities? If so was security (network name & password) enabled by default or enabled by Comcast upon installation?
- What Date/Time was the device installed by Comcast?
- A copy of any/all signed agreements including device installation agreements signed by or given to John Doe 45.

Such information shall be provided to Plaintiff within 30 days, and Plaintiff shall make copies available to Defendant.

**SO ORDERED** this ___ day of _____, 2012.

                                                     _____
                                                   United States District Judge