# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISCOUNT VIDEO CENTER, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-CV-01977-RWR |
| ) | |
| DOES 1 – 80 ) | Dismissal of remaining |
| ) | Defendants except John Doe 45 |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a) OF REMAINING DEFENDANTS EXCEPT JOHN DOE 45**

Pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that it is dismissing the remaining John Does without prejudice, with the exception of John Doe 45.

As for John Doe 45, Plaintiff filed a Motion for Discovery on April 22, 2012 [Document 12], which is still pending. Plaintiff is seeking further discovery regarding John Doe 45 as there appear to be multiple copyright infringements that have been committed through John Doe 45's IP address. If the discovery confirms Plaintiff's data, Plaintiff will name John Doe 45 as a defendant in this case and amend the Complaint accordingly.

Respectfully submitted this 30th day of May, 2012.

FOR THE PLAINTIFF:

By:   /s/ Mike Meier  
Mike Meier (D.C. Bar #444132)  
The Copyright Law Group, PLLC  
4000 Legato Road, Suite 1100  
Fairfax, VA 22033  
Phone: (888) 407-6770  
Fax: (703) 546-4990  
Email:  
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

1

**CERTIFICATE OF SERVICE**

I hereby certify that on 30 May 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

                By:   /s/ Mike Meier
                      Mike Meier (D.C. Bar #444132)
                      The Copyright Law Group, PLLC
                      4000 Legato Road, Suite 1100
                      Fairfax, VA 22033
                      Phone: (888) 407-6770
                      Fax: (703) 546-4990
                      Email:
                      mike.meier.esq@copyrightdefenselawyer.com

                      ATTORNEY FOR PLAINTIFF