UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISCOUNT VIDEO CENTER, INC.<br>9144 Deering Avenue<br>Chatsworth, CA 91311<br><br>          Plaintiff,<br><br>     v.<br><br>DOES 1 – 80<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 11-CV-01977-RWR<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed.

Plaintiff had previously dismissed the remaining John Does without prejudice, except for John Doe 45, a District of Columbia resident with an IP address of 68.48.8.234.

Plaintiff has now settled with John Doe 45, and the matter should thus be dismissed. Plaintiff John Doe 45 is dismissed with prejudice.

Respectfully submitted this 30th day of June, 2012.

FOR THE PLAINTIFF:

By:   /s/ Mike Meier
Mike Meier (D.C. Bar #444132)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 30 June 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

        By:   /s/ Mike Meier
             Mike Meier (D.C. Bar #444132)
             The Copyright Law Group, PLLC
             4000 Legato Road, Suite 1100
             Fairfax, VA 22033
             Phone: (888) 407-6770
             Fax: (703) 546-4990
             Email:
             mike.meier.esq@copyrightdefenselawyer.com

             ATTORNEY FOR PLAINTIFF